NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


WILLIE R. JONES, JR., DOC #T11180,    )
                                      )
            Appellant,                )
                                      )
v.                                    )        Case No. 2D18-2097
                                      )
STATE OF FLORIDA,                     )
                                      )
            Appellee.                 )
                                      )
_____ )

Opinion filed May 22, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County; Vivian T. Corvo,
Judge.

Willie R. Jones, Jr., pro se.

Ashley Moody, Attorney General,
Tallahassee, and Blain A. Goff, Assistant
Attorney General, Tampa, for Appellee.


PER CURIAM.


            Affirmed.


KELLY, VILLANTI, and SMITH, JJ., Concur.